559 F.2d 1214
 Jackson
v.
Fulton-Dekalb Hospital Authority***
 No. 77-1441
 United States Court of Appeals, Fifth Circuit
 9/2/77
 N.D.Ga. 423 F.Supp. 1000
 AFFIRMED
 
 
 *
 Summary Calendar case; Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431 F.2d 409
 
 
 **
 Local Rule 21 case; see NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966